IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA SALGADO, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO.  20-6094 |

## ORDER

**AND NOW**, this 16th day of August, 2021, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 10) is **DENIED**.

**BY THE COURT**:

　　_/s/ Carol Sandra Moore Wells_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge